# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEOFFREY L. CLARK and EDGEWOOD PARTNERS INSURANCE CENTER** | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 1:19-179 |
| v. | : | (JUDGE MANNION) |
| **BRANCH BANKING & TRUST CO.** | : | |
| | : | |
| Defendant | : | |
| | : | |

# ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** This case is **TRANSFERRED** to the United States District Court for the Northern District of Texas under 28 U.S.C. §1406(a) for further proceedings.

**(2)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 11, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2019 MEMORANDA\19-179-01-ORDER.DOCX